**William Thomas ARNOLD, Appellant,**

v.

**STATE of Florida, Appellee.**

No. 5D16–2820.

District Court of Appeal of Florida, Fifth District.

Nov. 29, 2016.

William Thomas Arnold, Bushnell, pro se.

No Appearance for Appellee.

PER CURIAM.

AFFIRMED. *See State v. Liles,* 191 So.3d 484 (Fla. 5th DCA 2016).

WALLIS, LAMBERT and EDWARDS, JJ., concur.